1

2

3

4

5

6

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

7

8

9

10

11

12

| ALLEN BOYD, et al., | CV-S- JCM (PAL) |
| Plaintiffs, | |
| v. | |
| ROBERT BERKELY, et al., | |
| Defendants. | |

13

**ORDER**

14      Presently before the court are the report and recommendation of United States Magistrate

15  Judge Peggy A. Leen. (Doc. #4).

16      Upon reviewing the plaintiffs Allen and Nicki Boyd's complaint (doc. # 3), Judge Leen

17  recommended that it be dismissed due to plaintiffs' failure to state sufficient allegations in support

18  of their claim against defendants Robert Berkeley and Niuton Koide.  Judge Leen also noted that

19  plaintiffs failed to cure the deficiencies in their claim through amendment, nor have they requested

20  an extension of time to do so.

21      Local Rule IB 3-1 states that any party wishing to object to the ruling of the magistrate judge

22  on a pretrial matter shall file a specific objection within ten (10) days from the date of service of the

23  magistrate judge's ruling.  Upon review of the magistrate judge's findings and recommendation and

24  there being no objections filed,

25  . . .

26  . . .

27  . . .

28

**James C. Mahan**
**U.S. District Judge**

1      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that United States Magistrate

2   Judge Peggy A. Leen's report & recommendation (doc. #4) are AFFIRMED in their entirety.  The

3   plaintiffs Allen and Nicki Boyd's complaint is hereby DISMISSED with prejudice.

4      DATED July 26, 2010.

5

6

7   _____
    **UNITED STATES DISTRICT JUDGE**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**                                        - 2 -